CATALENA WAGONER, as Administratrix of the Estate of CORNELIUS WAGONER, Deceased, Appellant, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.

(Argued April 4, 1930; decided May 6, 1930.)

*Newton B. VanDerzee* for appellant.

*Charles B. Sullivan* and *Edwin A. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.